**B. Gary Treistman**
28 Garrison Road, Apt. A, Shady, NY 12409
Home (845) 679-0246 | Work (845) 679-4770 | FAX (845) 679-6468
email: garyonthenet@gmail.com

---

Delivery Conf #0311 3260 0001 9454 2182

**To:** U.S. District Court for the Northern District of New York
James T. Foley - U.S. Courthouse
445 Broadway, Room 509
Albany, NY 12207-2924
(518) 257-1800

**Attn:** Clerk

**RE:** Proofs of Service Affirmations from Process Server

Treistman v Wacks, et al.
For Civil Action #12-CV-1897



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN 07 2013
AT_____ O'CLOCK
Lawrence K. Baerman, Clerk  Albany

January 3, 2013

Dear Clerk:

Please find enclosed Proofs of Service Affirmations from Process Server, for the following defendants:

Lawrence Shelton, Esq.,
Amy Greene,
Kelly Whittaker,
Elisabeth Krisjanis, Esq.,
Jillian Jackson, Esq.,
Barbara Sorkin,
Denise Woltman,
Charlene Boswell,
Mary Ellen Schneider,
Joseph Bennett,
Ulster County Municipality,
Ulster County Child Protective Services,
Ulster County Mental Health Dept.,
Ulster County Dept of Social Services

Sincerely:

*B. Gary Treistman* (signature)

B. Gary Treistman

*whittaker*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 12-CV-1897

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Kelly Whittaker**
was received by me on *(date)* **31 Dec '12**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Joyce Brayton**, who is
designated by law to accept service of process on behalf of *(name of organization)* **Kelly Whittaker Social worker, UC-CPS** on *(date)* **2 Jan '13** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **10.** for travel and $ **20.** for services, for a total of $ **30.00**.

I declare under penalty of perjury that this information is true.

Date: **4 Jan '13**

*Robert M. Jayne*
Server's signature

**Robert M. Jayne - Process Server**
Printed name and title

**28 Garrison Rd Shady NY 12409**
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 12-CV-1897

PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Charlene Boswell
was received by me on *(date)* 31 Dec '12.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Joy Brayton, who is designated by law to accept service of process on behalf of *(name of organization)* Charlene Boswell, Supervisor UC-CPS on *(date)* 2 Jan '13 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 10, for travel and $ 20, for services, for a total of $ 30.00.

I declare under penalty of perjury that this information is true.

Date: 4 Jan '13

Robert M. Jayne
*Server's signature*

Robert M. Jayne Process Server
*Printed name and title*

28 Garrison Rd Shady NY 12409
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 12-CV-1897

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Amy Greene__
was received by me on *(date)* __31 Dec '12__.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Joyce Brayton__, who is designated by law to accept service of process on behalf of *(name of organization)* __Amy Green, Social Worker, UC-CPS__ on *(date)* __2 Jan '13__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __10.__ for travel and $ __20.__ for services, for a total of $ __30.00__.

I declare under penalty of perjury that this information is true.

Date: __4 Jan '13__

__Robert M. Jayne__
*Server's signature*

__Robert M. Jayne    Process Server__
*Printed name and title*

__28 Garrison Rd Shady NY 12409__
*Server's address*

Additional information regarding attempted service, etc:

KRISJANIS

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 12-CV-1897

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Elisabeth Krisjanis
was received by me on *(date)* 31 Dec '12 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Diane McDowell , who is designated by law to accept service of process on behalf of *(name of organization)* Elisabeth Krisjanis counsel, Dept of Social Services on *(date)* 3 Jan '13 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 10. for travel and $ 20. for services, for a total of $ 30.00 .

I declare under penalty of perjury that this information is true.

Date: 4 Jan '13

Robert M. Jayne
*Server's signature*

Robert M. Jayne - Process Server
*Printed name and title*

28 Garrison Rd Shady NY 12409
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 12-CV-1897

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Joseph Bennett
was received by me on *(date)* 31 Dec '12 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Janet Knott , who is designated by law to accept service of process on behalf of *(name of organization)* Joseph Bennett social worker supervisor UC MHD on *(date)* 3 Jan '13 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 10, for travel and $ 20, for services, for a total of $ 30.00 .

I declare under penalty of perjury that this information is true.

Date: 4 Jan '13

Robert M. Jayne
*Server's signature*

Robert M. Jayne - Process Server
*Printed name and title*

28 Garrison Rd Shady NY 12409
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 12-CV-1897

PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Denise Woltman
was received by me on *(date)* 31 Dec '12 .

☑ I personally served the summons on the individual at *(place)* 1091 Development Ct. Kingston N.Y.
on *(date)* 2 Jan '13 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ 10. for travel and $ 20. for services, for a total of $ 30.00 .

I declare under penalty of perjury that this information is true.

Date: 2 Jan '13

Robert M. Jayne
*Server's signature*

Robert M. Jayne  Process Server
*Printed name and title*

28 Garrison Rd., Shady, N.Y. 12409
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 12-CV-1897

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ulster County Municipality
was received by me on *(date)* 31 Dec '12 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Geraldine Romano , who is
designated by law to accept service of process on behalf of *(name of organization)* County of Ulster
(municipality) on *(date)* 2 Jan '13 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 10. for travel and $ 20. for services, for a total of $ 30.00 .

I declare under penalty of perjury that this information is true.

Date: 2 Jan '13

Robert M. Jayne
*Server's signature*

Robert M. Jayne   Process Server
*Printed name and title*

28 Garrison Rd, Shady, N.Y. 12409
*Server's address*

Additional information regarding attempted service, etc:

Civil Action No. 12-CV-1897

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ulster County Child Protective Services
was received by me on *(date)* 31 Dec '12.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Joyce Brayton, who is designated by law to accept service of process on behalf of *(name of organization)* Ulster County Child Protective Services on *(date)* 2 Jan '13 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 10. for travel and $ 20. for services, for a total of $ 30.00.

I declare under penalty of perjury that this information is true.

Date: 2 Jan '13

*Server's signature:* Robert M. Jayne

*Printed name and title:* Robert M. Jayne   Process Server

*Server's address:* 28 Garrison Rd., Shady, NY, 12409

Additional information regarding attempted service, etc:

UCMHD

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 12-CV-1897

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ulster County Mental Health Dept.
was received by me on *(date)* 31 Dec 1212.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Eleonore Gruber, who is designated by law to accept service of process on behalf of *(name of organization)* Ulster County Mental Health Dept. on *(date)* 2 Jan 2013; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ 10.00 for travel and $ 20.00 for services, for a total of $ 30.00.

I declare under penalty of perjury that this information is true.

Date: 2 Jan '13

*Robert M. Jayne*
Server's signature

Robert M. Jayne   Process Server
Printed name and title

28 Garrison Rd, Shady, NY 12409
Server's address

Additional information regarding attempted service, etc:

Civil Action No. 12-CV-1897

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ulster County Dept. of Social Services
was received by me on *(date)* 31 Dec '12.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Joyce Brayton, who is designated by law to accept service of process on behalf of *(name of organization)* Ulster County Dept. of Social Services on *(date)* 2 Jan '13 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 10. for travel and $ 20. for services, for a total of $ 30.00.

I declare under penalty of perjury that this information is true.

Date: 2 Jan '13

*Robert M. Jayne*
Server's signature

Robert M. Jayne   Process Server
Printed name and title

28 Garrison Rd, Shady, NY 12409
Server's address

Additional information regarding attempted service, etc:

Civil Action No.

12-CV-1897

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Jillian Jackson__
was received by me on *(date)* __31 Dec '12__ .

☑ I personally served the summons on the individual at *(place)* __16 Lucas Ave, Kingston, N.Y. 12401__
_____ on *(date)* __2 Jan '13__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ __10.__ for travel and $ __20.__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __2 Jan '13__                          __Robert M. Jayne__
                                               *Server's signature*

                                         __Robert M. Jayne   Process Server__
                                               *Printed name and title*


                                         __28 Garrison Rd., Shady, N.Y. 12409__
                                               *Server's address*

Additional information regarding attempted service, etc:

Civil Action No. 12-cv-1897

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Mary Ellen Schneider**
was received by me on *(date)* **31 Dec. '12**.

☑ I personally served the summons on the individual at *(place)* **239 Golden Hill Ln Kingston NY 12401**
on *(date)* **31 Dec '12**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ **10.** for travel and $ **20.** for services, for a total of $ **30.00**.

I declare under penalty of perjury that this information is true.

Date: **2 Jan '13**

*Robert M. Jayne*
Server's signature

**Robert M. Jayne    Process Server**
Printed name and title

**28 Garrison Rd, Shady, N.Y. 12409**
Server's address

Additional information regarding attempted service, etc:

Civil Action No. 12-CV-1897

PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lawrence Shelton
was received by me on *(date)* 31 Dec '12 .

☑ I personally served the summons on the individual at *(place)* 261 Fair ST. Kingston NY 12401
on *(date)* 2 Jan '13 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 10. for travel and $ 20. for services, for a total of $ 30.00 .

I declare under penalty of perjury that this information is true.

Date: 2 Jan '13

Robert M. Jayne
*Server's signature*

Robert M. Jayne   Process Server
*Printed name and title*

28 Garrison Rd., Shady, NY, 12409
*Server's address*

Additional information regarding attempted service, etc: