U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JAN 17 2013

LAWRENCE K. BAERMAN, CLERK
ALBANY

UNITED STATES DISTRICT COURT
Northern District of New York

---

BEN GARY TREISTMAN,
ANYA EPIPHANY CAYLEY TREISTMAN,
                  Plaintiff,

-against-

Valerie Lyn Wacks, Esq., Lawrence R. Shelton, Esq.
Amy Greene, Kelly Whittaker, Elisabeth Krisjanis, Esq.,
Jillian Jackson, Esq., Barbara Sorkin, Denise Woltman,
Charlene Boswell, Mary Ellen Schneider,
Joseph Bennett, Other Unknown Named Persons,
Ulster County Municipality via its agencies
      Ulster County Child Protective Services &
      Ulster County Mental Health Dept.
                  Defendants.

**ANSWER**

Civil Action No.: 1-12-CV-1897
(GLS/CFH)

---

    LAWRENCE R. SHELTON, ESQ., named Defendant in the above entitled case makes the following Answer to the Civil Complaint:

1. Denies the allegations set forth in paragraphs 153, 154, 155, 156, 157, 158, 159, 160, 164, 235, 236, 237, 238, 239, 240, 241, 242, 243, 244, 245, 246.
2. Admits to allegations set forth in paragraphs 34, 35, 36 & 37.
3. Denies knowledge or information as to all the other paragraphs set forth in the complaint.
4. And as and for an Affirmative Defense, Defendant alleges that the complaint as set forth fails to state a cause of action against Defendant Shelton.

                                                  LAWRENCE R. SHELTON, ESQ.
                                                  261 Fair Street
                                                  Kingston, New York 12401
                                                  (845) 338-6496

TO:    United States District Court, Clerk
          James T. Foley U. S. Courthouse
          445 Broadway
          Albany, New York 12207-2936

1

## VERIFICATION

STATE OF NEW YORK            )
                             ) ss:
COUNTY OF ULSTER             )

LAWRENCE R. SHELTON, being duly sworn, deposes and says:

I am the Defendant in this proceeding and I have read the foregoing Answer. All of the statements made therein are true to my own knowledge, except those made upon information and belief, which statements I also believe to be true.

_____
LAWRENCE R. SHELTON

Sworn to before me this
____ day of January, 2013.

_____
Notary Public

Cathy Ellen Buonfiglio
Notary Public, State of New York
Reg. No. 01BU6167597
Qualified in Ulster County
Commission Expires June 4, 20 15

2