**Valerie L. Wacks**
*Attorney at Law*
74 Mill Road, Olivebridge, NY 12461
(845) 657-2163 Phone/Fax

U.S. DISTRICT COURT
N.D. OF N.Y.
**RECEIVED**

JAN 2 8 2013

LAWRENCE K. BAERMAN, CLERK
ALBANY

January 24, 2013

James T. Foley, Clerk
US District Court Courthouse
445 Broadway
Albany, NY 12207-2936

Re:  Treistman v. Wacks, Shelton, et al.
     Civil Action No: 1: 12-CV-1897 GLS/CFH

Dear Mr. Foley:

Enclosed please find an Answer on behalf of the defendant Valerie Wacks, Esq. in the above referenced matter and an Affidavit of Service upon parties/counsel.

A conference is scheduled on March 27, 2013. Please be advised that I have previously scheduled appearances in Ulster County Family Court on March 27, 2013 in the following matters:  DSS v. Hunlock, NN-2675-2682-12, File: 26363, 8340,
          DSS v. Smith, AS-2263-12, File: 23168.
Accordingly, I respectfully request that the Treistman matter be adjourned to another date.

Very truly yours,

Valerie Wacks

cc:  Ben Gary Treistman
     Lawrence Shelton, Esq.
     Robert Cook, Esq.

Valerie Wacks, Esq.
74 Mill Road
Olivebridge, NY 12461

U.S. DISTRICT COURT
N.D. OF N.Y.
**RECEIVED**
JAN 28 2013
LAWRENCE K. BAERMAN, CLERK
ALBANY

James T. Foley, Clerk
US District Court Courthouse
445 Broadway
Albany NY 12207-2936