UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
───────────────────────────────────────────────

**BEN GARY TREISTMAN et al.,**
        **Plaintiffs,**

        v.                                            1:12-cv-1897 GLS/CFH

**VALERIE LYN WACKS, ESQ. et al.,**
        **Defendants.**
───────────────────────────────────────────────

## **NOTICE OF APPEARANCE**

      Cynthia Feathers hereby appears as guardian ad litem for plaintiff A.T. in the above-named action, pursuant to a summary order of this Court filed May 2, 2013 appointing her as guardian ad litem and a summary order of this Court filed May 14, 2013 granting her motion for limited admission pro hac vice.

Dated:  May 22, 2013
         Glens Falls, New York

                                              Respectfully submitted,

                                              Cynthia Feathers, Esq.
                                              P.O. Box 2021
                                              Glens Falls, NY 12801
                                              (518) 223-0750

TO:    Ben Gary Treistman
        28 Garrision Road
        Shady, NY 12409

        Lawrence Shelton, Esq.
        261 Fair Street
        Kingston, NY 12401

        Valerie Lyn Wacks, Esq.
        74 Mill Road
        Olivebridge, NY 12461