U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

AUG 07 2013

LAWRENCE K. BAERMAN, CLERK
ALBANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Ben Gary Treistman
    As a co-plaintiff,
    and as a Parent and Next Friend for,
A.E.C.T.
    A Minor,

                            Plaintiffs,

-vs-

Valerie Lyn Wacks, Esq., Lawrence Shelton, Esq.,
Amy Greene, Kelly Whittaker, Elisabeth Krisjanis, Esq.,
Jillian Jackson, Esq., Barbara Sorkin, Denise Woltman,
Charlene Boswell,
Other Unknown Named Persons Responsible
    for Denying Plaintiffs their Federal & State Rights,
Ulster County Municipality via its agencies
    Ulster County Child Protective Services &
    Ulster County Mental Health Dept.

                        Defendants.

Civil Case No. **12-CV-1897 GLS/CFH**

**Notice of Appeal,
and Petition for Writ of Mandamus**

## TO ALL PARTIES:

| Valerie Lyn Wacks | Lawrence R. Shelton | Cook, Netter, Cloonan, | Cynthia Feathers, Esq. |
|---|---|---|---|
| 74 Mill Road | 261 Fair Street | Kurtz & Murphy, P.C. | Counsel for A.E.C.T. |
| Olivebridge, NY 12461 | Kingston, NY 12401 | 85 Main Street, POB 3939 | P.O. Box 2021 |
| (845) 657-2163 | (845) 338-6496 | Kingston, NY 12401 | Glens Falls, NY 12801 |
| | | (845) 331-0702 | (518) 223-0750 |

**PLEASE TAKE NOTICE** that Plaintiff Ben Gary Treistman in his personal capacity, and as Parent and Next Friend for A.E.C.T., hereby timely appeals the orders of this court, specifically, [1] the denial of Plaintiff's application for a Temporary Restraining Order and the dispositive Summary Dismissal of Plaintiff A.E.C.T. as a party to this action (entered June 5, 2013, Dkt #32), and [2] the dismissal of the Plaintiff's Motion for Reconsideration for the same matter (entered July 9, 2013, Dkt #37), to the United States Court of Appeals for the Second Circuit.

In the alternative, Plaintiff will seek a writ of mandamus as to the above referenced Orders, pursuant to 28 U.S.C. §1651.

**Dated: August 5, 2013**

                                               Ben Gary Treistman
                                                  Plaintiff
                                                  28 Garrison Road
                                                  Shady, NY 12409




**PRIORITY MAIL**
UNITED STATES POSTAL SERVICE

Flat Rate Envelope

*Apply Priority Mail Postage Here*

USPS TRACKING NUMBER

9505 5107 8380 3217 6101 91

U.S. POSTAGE PAID
WOODSTOCK, NY
12498
AUG 05, 13
AMOUNT
$5.60
00078380-10

1006  12207

U.S. DISTRICT COURT
N.D. OF N.Y.
RECEIVED
AUG 0 7 2013
LAWRENCE K. BAERMAN, CLERK
ALBANY

Ben Gary Triestman
28 Garrison Road
Shady, NY 12409

US District Court for the NDNY
James T. Foley - U.S. Courthouse
445 Broadway, Rm 509
Albany, New York 12207-2924