UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

BEN GARY TREISTMAN,

        Plaintiff,

-vs-

**NOTICE OF APPEARANCE**

Civ. No: 12-CV-1897 GLS/CFH

VALERIE LYN WACKS, ESQ., et al.

        Defendants.

---

**PLEASE TAKE NOTICE** that the LAW OFFICE OF ERIC SCHNEIDER, P.C., hereby appears in this action as attorney for the Defendant VALERIE LYN WACKS, ESQ.

DATED:   May 20, 2015
              Kingston, New York

LAW OFFICE OF ERIC SCHNEIDER, P.C.

*/s/ Eric Schneider*

ERIC SCHNEIDER, ESQ.
*Attorney for Defendant*
*Valerie Lyn Wacks, Esq.*
P.O. Box 3936
41 Pearl Street
Kingston, NY 12402
(845) 339-6733