# LAW OFFICE OF ERIC SCHNEIDER, P.C.

41 Pearl Street
Kingston, N.Y. 12401
**Mailing Address**:
P.O. Box 3936
Kingston, NY 12402
www.ulsterlawyer.com

ERIC SCHNEIDER, ESQ.      TEL: (845) 339-6733
E-MAIL: esesq@ulsterlawyer.com      FAX: (845) 331-2754

May 27, 2015

Hon. Gary L. Sharpe
Chief Judge, Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 112
Albany, NY 12207

    Re:     Treistman v. Wacks, et al.
               Civil Case No.: 1:12-cv-01897-GLS-CFH

Dear Judge Sharpe:

    I am the attorney for Defendant Valerie Lyn Wacks in the above-referenced matter. My client recently received what is purported to be an Amended Complaint from the Plaintiff.

    Pursuant to your Order dated November 26, 2014, my client was terminated from the action. The records on the Pacer system also reflect this. It appears that the Plaintiff is only entitled to amend his Complaint solely in regards to the claims not dismissed by your Order. At the risk of belaboring the point, but out of a sense of duty to protect my client, I respectfully ask for confirmation that my client is terminated from the above-referenced matter and is not subject to the Plaintiff's Amended Complaint.

    Thank you for your attention to this matter.

                                  Respectfully submitted,


                                  Eric Schneider, Esq.
                                  Bar Roll #106206

ES/td