# COOK, NETTER, CLOONAN, KURTZ & MURPHY, P.C.
### ATTORNEYS & COUNSELORS AT LAW
85 MAIN STREET
P.O. BOX 3939
KINGSTON, N.Y. 12402
(845) 331-0702
FAX: (845) 331-1003
e-mail: law@cookfirm.com
www.cookfirm.com

ROBERT D. COOK
ERIC M. KURTZ
THOMAS A. MURPHY
MICHAEL T. COOK

KOSTAS D. LERIS

OF COUNSEL:
ROBERT E. NETTER
WILLIAM N. CLOONAN

ANDREW J. COOK, SR. (1884-1958)
ANDREW J. COOK, JR. (1918-1997)
FRANCIS X. TUCKER (1923-1987)

May 28, 2015

Hon. Christian F. Hummel
United States District Court
Northern District of New York U.S. Courthouse
445 Broadway, Room 509
Albany, New York 12207-2966

Re:   **Treistman vs. County of Ulster, et al.**
      **Case No.: 1:12-cv-01897- GLS/CFH**
      **Our File: 919Z**

Dear Judge Hummel:

In response to plaintiff's recent correspondence to the Court, I have attached a copy of my reply to plaintiff concerning his request for a stipulation concerning the acceptability of the proposed amended complaint. At this juncture, the defendants cannot stipulate to accepting the proposed amended complaint as it materially alters the original complaint and includes substantial changes to the allegations and relief sought.

Should the Court require anything further, please do not hesitate to contact me.

Very truly yours,

COOK, NETTER, CLOONAN, KURTZ & MURPHY, P.C.

S/*Eric M. Kurtz*
ERIC M. KURTZ

EMK:tmr
Attachment

cc:   Mr. Ben Gary Treistman

      Eric Schneider, Esq.
      Law Office of Eric Schneider